UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER C. GARLAND, | No. 2:15-cv-1560 AC P |
| Plaintiff, | |
| v. | ORDER |
| R. J. RACKLEY, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff has not, however, filed an in forma pauperis affidavit[1] or paid the required filing fee of $350.00 plus the $50.00 administrative fee.[2] See 28 U.S.C. §§ 1914(a), 1915(a). Plaintiff will be accorded the opportunity to submit the appropriate affidavit and attachment in support of his request to proceed in forma pauperis, or the required fees totaling $400.00.

---

[1] Although plaintiff filed a copy of his prison trust account statement effective July 9, 2015, see ECF No. 2, he must provide a certified copy of his prison trust account statement for the entire six-month period immediately preceding the filing of his complaint. See 28 U.S.C. § 1915(a)(2).

[2] Litigants proceeding in forma pauperis are not required to pay the $50.00 administrative fee. If plaintiff is granted leave to proceed in forma pauperis, he will still be required to pay the filing fee but will be allowed to pay it in installments.

1

In accordance with the above, IT IS HEREBY ORDERED that:

1. Plaintiff shall, within thirty days after the filing date of this order, submit an affidavit in support of his request to proceed in forma pauperis on the form provided herewith by the Clerk of Court; the certificate portion of the affidavit must be completed by an authorized correctional officer, and plaintiff must attach a certified copy of his prison trust account statement for the six-month period immediately preceding the filing of his complaint; alternatively, plaintiff may pay the required fees in the amount of $400.00.

2. Plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed without prejudice.

3. The Clerk of the Court is directed to send plaintiff, together with a copy of this order, a new Application to Proceed In Forma Pauperis By a Prisoner.

DATED: August 6, 2015

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE